Cause no: D-1-DC-11-500297

Johnny Esparza vs. State of Texas.

1-9-15

82,456-01

Dear Clerk:

Yes Greetings to you. On 11-19-14 my application of writ Habeas Corpus 11.07 on cause no #D-1-DC-11-500297 was received and presented to said Court. Now on 12-5-15 my writ of Habeas Corpus 11.07 on said cause number was dismissed Conviction Not Final Mandate not issue of time application filed in Trail Court. Now my question to you. Could i please get a complete copy of my writ of Habeas Corpus 11.07 on cause no. said above. I would greatly appreciate your time and help into this matter. Thank You

Please Response

Sincerely

Johnny Esparza

#1796665

Once Again im requesting a full complete copy of my 11.07 Writ Habeas Corpus and my Breif Memorandum that you all received and presented to said Court on 11-19-14

Thank You

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk